UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL C.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security, [1]<br><br>　　　　　　　　　　Defendant. | Case No.: 18-cv-1499-AJB-MSB<br><br>**ORDER:**<br><br>**(1) ADOPTING THE REPORT AND RECOMMENDATION (Doc. No. 21); AND**<br><br>**(2) REMANDING THE MATTER TO THE SOCIAL SECURITY ADMINISTRATION** |

Before the Court is the parties' Joint Motion for Judicial Review on Plaintiff's request that the Court review the commissioner's denial of her claim for disability benefits. (Doc. No. 20.) The Court referred the matter to Magistrate Judge Michael S. Berg for a Report and Recommendation ("R&R"). (Doc. No. 10.) The R&R recommends that judgment be entered reversing the decision of the Commissioner and remanding the matter for further proceedings before the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 21 at 26.) The parties were instructed to file written

---

[1] Andrew M. Saul became Commissioner of Social Security on June 17, 2019 and is therefore substituted for Nancy A. Berryhill as Defendant. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

1

objections to the R&R by February 14, 2020. (*Id.*)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to the 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has filed objections to Magistrate Judge Berg's R&R. Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: **ADOPTS** Magistrate Judge Berg's R&R in its entirety, (Doc. No. 21), and **REMANDS** the matter for further proceedings before the Social Security Administration. The Court Clerk is instructed to close the case.

**IT IS SO ORDERED.**

Dated: February 25, 2020

Hon. Anthony J. Battaglia
United States District Judge